UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ETHEL YOUNG,

                Plaintiff,

                                                             JUDGMENT
                                                             18-CV-3708(EK)(PK)

      -against-

JPMORGAN CHASE, N.A.,

                Defendant.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on December 11, 2020, adopting the Report and Recommendation of Magistrate Judge James Orenstein, dated June 23, 2020, which recommended that the Court dismiss the action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.; it is

        ORDERED and ADJUDGED that this action is dismissed for failure to prosecute; and that this case is closed.

Dated: Brooklyn, NY                                                  Douglas C. Palmer
         December 14, 2020                                    Clerk of Court

                                                                          By: */s/Jalitza Poveda*
                                                                                Deputy Clerk